O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-400 AHM (RZx) | Date | June 17, 2009 |
|---|---|---|---|
| Title | CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY v. MEPCO SERVICES, INC. | | |

| Present: The Honorable | A. Howard Matz | | |
|---|---|---|---|
| Stephen Montes | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| No Appearance | No Appearance |

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

     The Court ORDERS defendant's counsel of record, Christopher G. Morrow, Esq., to SHOW CAUSE in writing by not later than June 26, 2009 why he should not be sanctioned in the amount of $100 for failure to appear at the scheduling conference on June 15, 2009 and failure to advise the Court in advance of any inability to appear.

|     | : |     |
|---|---|---|
| Initials of Preparer | SMO | |